1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                        EASTERN DISTRICT OF CALIFORNIA
8
9    BENJAMIN GAMOTON,                          1:23-cv-01781 GSA  (PC)

10                      Plaintiff,
                                                ORDER TO SUBMIT APPLICATION
11        v.                                     TO PROCEED IN FORMA PAUPERIS
                                                OR PAY FILING FEE WITHIN 45 DAYS
12   KERN COUNTY SHERIFFS
     DEPARTMENT, et al.,
13
                        Defendant.
14

15           Plaintiff is a Kern  County prisoner proceeding pro se in a civil rights action pursuant to
16
     42 U.S.C.  § 1983.  Plaintiff has not paid the $405.00 filing fee, or submitted an application to
17
     proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
18
             Accordingly, IT IS HEREBY ORDERED that:
19
             Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
20
     attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
21
     the $405.00 filing fee for this action.  **No requests for extension will be granted without a**
22
     **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**
23
     **action.**
24
25   IT IS SO ORDERED.
26       Dated:   __December 30, 2023__          _____**/s/ Gary S. Austin**
27                                               UNITED STATES MAGISTRATE JUDGE
28
                                        1