UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GAMOTON,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | No. 1:23-cv-01781 GSA (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS<br><br>PLAINTIFF'S OBJECTIONS DUE **APRIL 4, 2024** |

Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 2, 2024, Plaintiff was ordered to file a completed in forma pauperis application. ECF No. 3. At that time, Plaintiff was given forty-five days to comply with the Court's order and he was cautioned that failure to do so would result in the dismissal of this matter. See id. at 1. The service of this order was returned as undeliverable, Plaintiff "Not in custody".

More than forty-five days have now passed and Plaintiff has neither filed the required documents nor responded to the Court's order.  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a District Judge to this case.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice for failure to obey a court order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations – **by April 4, 2024**, – Plaintiff may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **March 21, 2024**             **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE